**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Hwan Yul Yong aka Yul H. Yong  &  Hong Suk Yong aka Suk Hong  Debtor(s) | CHAPTER 13  BKY. NO. 16-16644 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of United States Department of Agriculture Farm Service Agency and index same on the master mailing list.

      Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734