## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Hwan Yul Yong and Hong Suk Yong,
                             Debtors

United States Department of Agriculture Farm Service
Agency
                             Movant
           vs.

Hwan Yul Yong and Hong Suk Yong
                           Respondents

CHAPTER 13

NO. 16-16644 JKF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of United States Department of Agriculture Farm Service Agency, which was filed with the Court on or about December 1, 2017 (Document No. 40).

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

January 10, 2018