**WWR# 040044499**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HWAN YUL YONG<br>HONG SUK YONG<br><br>             Debtors<br><br>CITIZENS BANK, N.A.<br><br>             Movant | Case No. 16-16644-JKF<br><br>Chapter 13<br><br>**Hearing Date:** 04/25/2018<br>**Hearing Time:** 9:30 am |

<u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, Hwan Yul Yong and Hong Suk Yong, has failed to make the post-petition payments that were due to Movant on the date listed below and in the amounts listed below:

   (a)  One (1) monthly post-petition payment of $1162.73, due for 02/28/2017
   (b)  One (1) monthly post-petition payment of $1123.97, due for 03/28/2017
   (c)  One (1) monthly post-petition payment of $1201.48, due for 04/28/2017
   (d)  One (1) monthly post-petition payment of $1224.05, due for 05/28/2017
   (e)  One (1) monthly post-petition payment of $1264.85, due for 06/28/2017
   (f)  One (1) monthly post-petition payment of $1224.05, due for 07/28/2017
   (g)  One (1) monthly post-petition payment of $1328.23, due for 08/28/2017
   (h)  One (1) monthly post-petition payment of $1328.22, due for 09/28/2017
   (i)  One (1) monthly post-petition payment of $1285.38, due for 10/28/2017
   (j)  One (1) monthly post-petition payment of $1328.22, due for 11/28/2017
   (k)  One (1) monthly post-petition payment of $1285.37, due for 12/28/2017
   (l)  One (1) monthly post-petition payment of $1328.23, due for 01/28/2018
   (m)  One (1) monthly post-petition payment of $1346.70, due for 02/28/2018

Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

BY: /s/ Nathalie Paul
   Nathalie Paul, (309118)
   170 S. Independence Mall W., Suite 874W
   Philadelphia, PA 19106
   (267)940-1643
   Attorney for Movant