**WWR# 040044499**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HWAN YUL YONG<br>HONG SUK YONG<br><br>                Debtors<br><br>CITIZENS BANK, N.A.<br><br>                Movant | Case No. 16-16644-JKF<br><br>Chapter 13<br><br>**Hearing Date:** 04/25/2018<br>**Hearing Time:** 9:30 am |

<u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtors produce for inspection by the undersigned attorney for the Movant the following:

1. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payments due for 2/28/2017-02/28/2018, were tendered to Movant.

2. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

                                      Respectfully Submitted,

                                      WELTMAN, WEINBERG & REIS CO., L.P.A.

                                      BY:<u>/s/ Nathalie Paul</u>
                                          Nathalie Paul, (309118)
                                          170 S. Independence Mall W., Suite 874W
                                          Philadelphia, PA 19106
                                          (267)940-1643
                                          Attorney for Movant