WWR# 040044499

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Hwan Yul Yong<br>Hong Suk Yong,<br>　　　　　　　　　Debtors<br><br>Citizens Bank, N.A<br>　　　　　　　　　Movant | Case No. 16-16644-JKF<br><br>Chapter 13<br>Related to Document No. 55 & 60<br>**Hearing Date:** 04/25/2018<br>**Hearing Time:** 9:30 AM |

## STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2018. Upon the Motion of Citizens Bank, N.A for Relief from Automatic Stay and the Response filed by the Debtor.  Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1902 Berks Road, Norristown, PA 19403 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 04/29/2018 payment which must be paid in full in the amount of $1391.59 to Citizens Bank, N.A. 443 Jefferson Blvd., mail stop: RJW 135, Warwick, RI. 02886, on or before 04/29/2018. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $17,174.06 ($16,143.06 arrears payments plus $1,031.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current.  Regular payments are due to Movant on or before the 29th day of each month.

Should the Debtor default in any payment to Movant and/or to the Trustee, or should Debtor's counsel fail to amend the Chapter 13 plan within 30 days of the entry of this Stipulation, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to send one (1) notice of default to Debtor's counsel via email. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that debtor has failed to abide by the terms set forth herein confirmed that debtor and/or debtor's counsel has failed to abide by the terms set forth herein.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jean K. FitzSimon
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

/s/ Nathalie Paul_____　　　/s/ Joseph Quinn w/permission_____
Attorney For Movant　　　　　　　　　　　　Attorney for the Debtor
Nathalie Paul　　　　　　　　　　　　　　　JOSEPH L QUINN
170 S. Independence Mall W., Suite 874W　　　152 E. High Street, Suite 100
Philadelphia, PA 19106　　　　　　　　　　　Pottstown, PA 19464

/s/Frederick L. Reigle w/permission_____
Frederick L. Reigle, Trustee

WWR# 040044499

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Hwan Yul Yong
Hong Suk Yong,
    Debtors

Citizens Bank, N.A
    Movant

Case No. 16-16644-JKF

Chapter 13
Related to Document No. 55 & 60
Hearing Date: 04/25/2018
Hearing Time: 9:30 AM

## STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2018. Upon the Motion of Citizens Bank, N.A for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1902 Berks Road, Norristown, PA 19403 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 04/29/2018 payment which must be paid in full in the amount of $1391.59 to Citizens Bank, N.A. 443 Jefferson Blvd., mail stop: RJW 135, Warwick, RI. 02886, on or before 04/29/2018. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $17,174.06 ($16,143.06 arrears payments plus $1,031.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 29th day of each month.

Should the Debtor default in any payment to Movant and/or to the Trustee, or should Debtor's counsel fail to amend the Chapter 13 plan within 30 days of the entry of this Stipulation, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to send one (1) notice of default to Debtor's counsel via email. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that debtor has failed to abide by the terms set forth herein confirmed that debtor and/or debtor's counsel has failed to abide by the terms set forth herein.

Honorable Jean K. FitzSimon
United States Bankruptcy Judge

/s/ Nathalie Paul

Attorney For Movant
Nathalie Paul
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106

Attorney for the Debtor
JOSEPH L QUINN
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle, Trustee