**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **In re Hwan Yul and Hong Suk Yong,** | : |  |
| Debtors. | : | Case No. 16-16644 (JKF) |
| _____ |  |  |

**ORDER APPROVING STIPULATION**

**AND NOW** this 22nd day of May, 2018, upon consideration of the Stipulation filed by Citizens Bank, N.A. and the Debtors (doc. no. 62, the "Stipulation"), it is hereby **ordered** that the Stipulation is **approved**.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge