United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16644-jkf
Hwan Yul Yong                                                   Chapter 13
Hong Suk Yong
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1              Date Rcvd: May 22, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db/jdb         +Hwan Yul Yong,   Hong Suk Yong,   1902 Berks Road,   Norristown, PA 19403-4820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOSEPH L QUINN   on behalf of Debtor Hwan Yul Yong CourtNotices@sjr-law.com
          JOSEPH L QUINN   on behalf of Joint Debtor Hong Suk Yong CourtNotices@sjr-law.com
          NATHALIE  PAUL   on behalf of Creditor   Citizens Bank, N.A. npaul@weltman.com,
           PitEcf@weltman.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor   United States Department of Agriculture Farm Service
           Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **In re Hwan Yul and Hong Suk Yong,** | : | |
| **Debtors.** | : | **Case No. 16-16644 (JKF)** |

---

**ORDER APPROVING STIPULATION**

**AND NOW** this 22nd day of May, 2018, upon consideration of the Stipulation

filed by Citizens Bank, N.A. and the Debtors (doc. no. 62, the "Stipulation"), it is hereby

**ordered** that the Stipulation is **approved**.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge