IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Hwan Yul Yong and | : | Chapter 13 |
| Hong Suk Yong, | : | No. : 16-16644-jkf |
| Joint Debtors | : | |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on May 24, 2019, has been served upon the following by the means stated:

*Via First Class United States Mail on May 24, 2019:*

All other creditors not otherwise notified by ECF.

*Via Electronic Filing (ECF) on May 24, 2019:*

Polly A. Langdon on behalf of Trustee Scott F. Waterman
ecfmail@readingch13.com, ecf_frpa@trustee13.com

Nathalie Paul on behalf of Citizens Bank, N.A.
npaul@weltman.com, PitEcf@weltman.com

Thomas I. Puleo on behalf of Creditor United States Department of Agriculture Farm Service Agency
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: May 24, 2019            Counsel for Debtors