IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Hwan Yul Yong and | : | Chapter 13 |
| Hong Suk Yong, | : | No. : 16-16644-jkf |
| Joint Debtors | : | |

### ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated May 24, 2019 is hereby APPROVED.

**Date: June 26, 2019**

BY THE COURT:

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE