United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hwan Yul Yong  
Hong Suk Yong  
      Debtors

Case No. 16-16644-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 26, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db/jdb     +Hwan Yul Yong,   Hong Suk Yong,   1902 Berks Road,   Norristown, PA 19403-4820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:  
      JOSEPH L QUINN    on behalf of Debtor Hwan Yul Yong CourtNotices@rqplaw.com  
      JOSEPH L QUINN    on behalf of Joint Debtor Hong Suk Yong CourtNotices@rqplaw.com  
      NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com, PitEcf@weltman.com  
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      THOMAS I. PULEO    on behalf of Creditor    United States Department of Agriculture Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Hwan Yul Yong and | : | Chapter 13 |
| Hong Suk Yong, | : | No. : 16-16644-jkf |
| Joint Debtors | : | |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated May 24, 2019 is hereby APPROVED.

BY THE COURT:

**Date: June 26, 2019**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE