# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Hwan Yul Yong and | \| | Chapter 13 |
| Hong Suk Yong, | \| | |
| Debtor(s) | \| | BK No. 16-16644-jkf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Hwan Yul Yong and Hong Suk Yong, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on December 18, 2019 along with the Notice of Application and Certificate of Service were timely served on parties in interest on December 8, 2019

3. A response deadline to the application was due on or before January 8, 2020.

4. As of January 9, 2020, no response to said Application has been received.

        **ROSS, QUINN & PLOPPERT, P.C.**

        By: */s/ Joseph L. Quinn*
        Joseph L. Quinn, Esquire
        Attorney for Debtor
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        Ph: (610) 323-5300

Dated: January 9, 2020