IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Hwan Yul Yong and Hong Suk Yong | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No.: 16-16644-jkf |
| _____ | : | |

**ORDER**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.      The Application is **GRANTED**.

2.      Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$870.00**, pursuant to the terms of the confirmed plan.

**BY THE COURT**:

Dated: 1/10/20

_____
HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE