Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-16644-AMC

HWAN YUL YONG
HONG SUK YONG
1902 BERKS ROAD
NORRISTOWN  PA    19403

Petition Filed Date: 09/20/2016
341 Hearing Date: 12/16/2016
Confirmation Date: 01/11/2018

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $1,460.00 | | 02/19/2019 | $1,460.00 | | 03/18/2019 | $1,460.00 | |
| 04/22/2019 | $1,460.00 | | 05/20/2019 | $1,460.00 | | 06/18/2019 | $2,175.00 | |
| 07/22/2019 | $2,175.00 | | 08/19/2019 | $2,175.00 | | 09/19/2019 | $2,175.00 | |
| 10/23/2019 | $2,175.00 | 6264462000 | 11/19/2019 | $2,175.00 | 6339697000 | 12/18/2019 | $2,175.00 | 6412939000 |
| 01/21/2020 | $2,175.00 | 6493716000 | 02/20/2020 | $2,175.00 | 6573547000 | 03/18/2020 | $2,175.00 | 6646307000 |
| 04/20/2020 | $2,175.00 | 6722359000 | 05/19/2020 | $2,175.00 | 6799149000 | 06/18/2020 | $2,175.00 | 6873296000 |
| 07/16/2020 | $2,175.00 | 6943679000 | | | | | | |

**Total Receipts for the Period: $37,750.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $67,145.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 008 | Unsecured Creditors | $669.00 | $0.00 | $669.00 |
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $11,770.25 | $0.00 | $11,770.25 |
| 5 | CHESTER COUNTY TCB<br>»» 005 | Secured Creditors | $8,599.66 | $6,398.73 | $2,200.93 |
| 6 | CHESTER COUNTY TCB<br>»» 006 | Secured Creditors | $1,047.10 | $779.11 | $267.99 |
| 15 | CHESTER COUNTY TCB<br>»» 015 | Secured Creditors | $2,179.11 | $1,621.40 | $557.71 |
| 1 | CITIZENS BANK NA<br>»» 01P | Mortgage Arrears | $17,174.06 | $8,667.94 | $8,506.12 |
| 1 | CITIZENS BANK NA<br>»» 001 | Mortgage Arrears | $2,367.77 | $1,761.80 | $605.97 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $17,612.36 | $0.00 | $17,612.36 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $1,492.47 | $0.00 | $1,492.47 |
| 13 | MONTGOMERY CO TAX CLAIM BUREAU<br>»» 013 | Secured Creditors | $35,877.35 | $26,695.19 | $9,182.16 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $2,496.63 | $2,496.63 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $660.09 | $0.00 | $660.09 |

**Chapter 13 Case No. 16-16644-AMC**

| 11 | USDA BERKS FARM SERVICE AGENCY<br>»» 011 | Secured Creditors | $9,000.00 | $6,696.62 | $2,303.38 |
|----|-------------------------------------------|-------------------|-----------|-----------|-----------|
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $6,202.42 | $0.00 | $6,202.42 |
| 12 | STEPHEN J ROSS ROSS QUINN & PLOPPERT<br>PC<br>»» 012 | Attorney Fees | $1,310.00 | $1,310.00 | $0.00 |
| 16 | ROSS, QUINN & PLOPPERT, P.C.<br>»» 016 | Attorney Fees | $900.00 | $900.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $67,145.00 | Current Monthly Payment: | $2,175.00 |
| Paid to Claims: | $57,327.42 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,902.58 | Total Plan Base: | $97,595.00 |
| Funds on Hand: | $3,915.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.