**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                    **Chapter 13**

       **HWAN YUL YONG**

       **HONG SUK YONG**                  **Case No.16-16644-AMC**

                     **Debtors**

## <u>NOTICE OF COMPLETION OF PLAN PAYMENTS</u>

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan.

                                 **Office of the Chapter 13 Trustee**

Date: October 26, 2021          By:    */s/ Scott F. Waterman*

                                   Scott F. Waterman, Esquire, Chapter 13 Trustee
                                   2901 St. Lawrence Avenue, Suite 100
                                   Reading, PA  19606
                                   (610)779-1313 (Phone)
                                   (610)779-3637 fax