Case 16-16644-amc    Doc 91    Filed 11/03/21    Entered 11/04/21 00:40:35    Desc Imaged
                              Certificate of Notice    Page 1 of 4

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Hwan Yul Yong  
Hong Suk Yong  
    Debtors

Case No. 16-16644-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hwan Yul Yong, Hong Suk Yong, 1902 Berks Road, Norristown, PA 19403-4820 |
| 14615535 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13794592 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 13835415 | + | Chester County Tax Claim Bureau, 313 West Market Street, West Chester PA 19382-2804 |
| 13794594 | | Chester County Tax Claim Bureau, 2 North High Street, Suite 116, West Chester, PA 19380-3076 |
| 13794602 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13794604 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 13794606 | + | Revenue Collect, Po Box 2103, Mechanicsburg, PA 17055-2103 |
| 13794607 | + | Sue Ji Yong, 3212 Grayson Place, Decatur, GA 30030-6416 |
| 13882042 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 13794609 | | USDA, Farm Service Agency, PO Box 200003, Saint Louis, MO 63120-0003 |
| 13884579 | + | United States of America,Acting USDA Farm Services, 1238 County Welfare Rd., Suite 240, Leesport PA 19533-9710 |
| 13794611 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 13882896 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13794612 | | Youngs Mushroom Farm Inc., 343 Lancaster Avenue, Oxford, PA 19363 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13806824 | | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2021 00:37:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13794591 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2021 00:37:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13850038 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:37:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13794596 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |

Case 16-16644-amc   Doc 91   Filed 11/03/21   Entered 11/04/21 00:40:35   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13803486 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13823317 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2021 00:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13794593 | + | Email/Text: csd1clientservices@cboflanc.com | Nov 02 2021 00:37:00 | Cb Lancaster, 218 West Orange St, Lancaster, PA 17603-3746 |
| 13794595 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 00:48:07 | Citi, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 13794597 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 13794598 | | Email/Text: DATA@COLLECTIONCENTERIND.COM | Nov 02 2021 00:37:00 | Collection Center, 2011 Miller Road, Lancaster, PA 17604 |
| 13794599 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 02 2021 00:37:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 13794600 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 00:48:21 | Dsnb Bloom, 9111 Duke Blvd, Mason, OH 45040 |
| 13794601 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 00:48:07 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13842671 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13794603 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13794605 | + | Email/Text: Bankruptcies@nragroup.com | Nov 02 2021 00:37:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13833751 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13795115 | | Email/PDF: rmscedi@recoverycorp.com | Nov 02 2021 00:37:43 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13794610 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 02 2021 00:37:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13882897 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13889434 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 13794608 | ##+ | Sue Yong, 1902 Berks Road, Norristown, PA 19403-4820 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 37

Date: Nov 03, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |

JOSEPH L QUINN
    on behalf of Debtor Hwan Yul Yong CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Joint Debtor Hong Suk Yong CourtNotices@rqplaw.com

NATHALIE PAUL
    on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor United States Department of Agriculture Farm Service Agency tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Hwan Yul Yong and Hong Suk Yong
    Debtor(s)

Case No: 16−16644−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/1/21

90 − 84
Form 138OBJ