WWR# 040044499

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>HWAN YUL YONG,<br>HONG SUK YONG,<br>　　　　　　　　　Debtors,<br>CITIZENS BANK, N.A.,<br>　　　　　　　　　Movant. | CASE NO. 16-16644-amc<br><br>CHAPTER 13<br><br>Related to Document No. 62, 63 |

## ORDER

AND NOW, this ____ day of _____, 2021, upon certification of Debtor's Default under the terms of a Stipulation between the above captioned parties approved by this Court on 5/22/2018, notice of such default having been provided to Debtor in accordance with such Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that:

the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with foreclosure and/or Sheriff's Sale of the subject property located at: 1902 Berks Road, Norristown, PA 19403.

**Date: November 10, 2021**

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Mall W., Suite 874W , Philadelphia, PA 19106

United States Trustee:
833 Chestnut Street Suite 500 Philadelphia, PA 191

Debtor:
Hwan Yul Yong 1902 Berks Road, Norristown, PA 19403

Debtor:
Hong Suk Yong 1902 Berks Road, Norristown, PA 19403

Debtor's Counsel:
Joseph L Quinn 152 E. High Street, Suite 100 Pottstown, PA 19464

Trustee:
Scott F. Waterman 2901 St. Lawrence Avenue P.O. Box 4010 Reading, PA 19606