United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-16644-amc
Hwan Yul Yong  Chapter 13
Hong Suk Yong
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Nov 10, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Hwan Yul Yong, Hong Suk Yong, 1902 Berks Road, Norristown, PA 19403-4820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Hwan Yul Yong CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Hong Suk Yong CourtNotices@rqplaw.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank N.A. npaul@weltman.com, pitecf@weltman.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor United States Department of Agriculture Farm Service Agency tpuleo@kmllawgroup.com
bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

WWR# 040044499

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HWAN YUL YONG,<br>HONG SUK YONG,<br>　　　　　　　　Debtors,<br>CITIZENS BANK, N.A.,<br>　　　　　　　　Movant. | CASE NO. 16-16644-amc<br><br>CHAPTER 13<br><br>Related to Document No. 62, 63 |

**ORDER**

AND NOW, this ____ day of _____, 2021, upon certification of Debtor's Default under the terms of a Stipulation between the above captioned parties approved by this Court on 5/22/2018, notice of such default having been provided to Debtor in accordance with such Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that:

the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with foreclosure and/or Sheriff's Sale of the subject property located at: 1902 Berks Road, Norristown, PA 19403.

**Date: November 10, 2021**

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Mall W., Suite 874W , Philadelphia, PA 19106

United States Trustee:
833 Chestnut Street Suite 500 Philadelphia, PA 191

Debtor:
Hwan Yul Yong 1902 Berks Road, Norristown, PA 19403

Debtor:
Hong Suk Yong 1902 Berks Road, Norristown, PA 19403

Debtor's Counsel:
Joseph L Quinn 152 E. High Street, Suite 100 Pottstown, PA 19464

Trustee:
Scott F. Waterman 2901 St. Lawrence Avenue P.O. Box 4010 Reading, PA 19606