**Fill in this information to identify the case:**

Debtor 1: HWAN YUL YONG

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 16-16644

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank N.A.

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 9 3

**Date of payment change:** Must be at least 21 days after date of this notice: 03/29/2020

**New total payment:** $ 1,357.38
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Computation of monthly payment in accordance with the credit agreement.

   Current mortgage payment: $ 1,450.98     New mortgage payment: $ 1,357.38

Debtor 1  **HWAN YUL YONG**
First Name    Middle Name    Last Name

Case number (*if known*) 16-16644

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/: Jennifer Dellatore
Signature

Date 03/04/2020

Print: **Jennifer Dellatore**
First Name    Middle Name    Last Name

Title **Bankruptcy Specialist**

Company **Citizens Bank N.A**

Address **One Citizens Bank Way JCA115**
Number    Street

**Johnston RI, 02919**
City    State    ZIP Code

Contact phone **1-888-492-1234**

Email **Bankruptcy.RI@citizensbank.com**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Notice of Mortgage Payment Change* was served on the following parties via CM/ECF or first class U.S. mail postage prepaid, as follows:

JOSEPH L QUINN
Attorney for Debtor(s)
Served via CM/ECF
CourtNotices@sjr-law.com

SCOTT WATERMAN
Chapter 13 Trustee
Served via CM/ECF

Hwan Yul Yong
1902 Berks Road
Norristown, PA 19403
Debtor(s)

Dated: March 4, 2020

*Jennifer L Dellatore*
Jennifer L Dellatore

## **ACKNOWLEDGMENT**

State of Rhode Island
County of Providence

On this 4th day of March, 20 20, before me, the undersigned notary public, personally appeared Jennifer L Dellatore ☑ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed the preceding document in my presence, and who swore or affirmed to the notary that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary
My Commission Expires: September 19, 2020

Charly Almonte
Notary Public, State of Rhode Island
My Commission Expires
September 19, 2020
No. 759631