**Fill in this information to identify the case:**

Debtor 1: HWAN YUL YONG

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 16-16644

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank N.A.

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 9 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/29/2021

**New total payment:** $ 2,659.42
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Computation of monthly payment in accordance with the credit agreement.

   Current mortgage payment: $ 2,698.12   New mortgage payment: $ 2,659.42

Debtor 1 __HWAN YUL YONG__
       First Name    Middle Name    Last Name

Case number (*if known*) __16-16644__

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/: Rachael E McGinley
Signature

Date __03/03/2021__

Print: __Rachael Elizabeth McGinley__
     First Name   Middle Name   Last Name

Title __Bankruptcy Specialist__

Company __Citizens Bank N.A__

Address __One Citizens Bank Way JCA115__
     Number    Street

__Johnston RI, 02919__
City    State    ZIP Code

Contact phone __1-888-492-1234__

Email _____

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Notice of Mortgage Payment Change* was served on the following parties via CM/ECF or first class U.S. mail postage prepaid, as follows:

**JOSEPH L QUINN**
Attorney for Debtor(s)
Served via CM/ECF
CourtNotices@rqplaw.com

**SCOTT F. WATERMAN**
Chapter 13 Trustee
Served via CM/ECF

**Hwan Yul Yong**
1902 Berks Road
Norristown, PA 19403
Debtor(s)

**Dated:** March 3, 2021

Rachael E McGinley